GENEVIEVE BIRTCIL, Respondent, v. HAROLD BIRTCIL, Appellant.— Interlocutory judgment affirmed, with costs. All concur. (The interlocutory judgment awards plaintiff an absolute divorce, custody of the child and alimony in

an action for divorce.)  Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.